In the Matter of the Application of JOSEPH RAINERI for an Order of Prohibition against the BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK, etc.— Motion for stay of proceedings denied. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

In the Matter of Proving the Last Will and Testament of JAMES S. SCHENCK, Deceased, as a Will of Real and Personal Property.— Motion to dismiss appeal granted. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

PAUL A. KAHN, Appellant, v. LOUIS IMERSHEIN and GERTY RESNICK, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Manning, Young and Lazansky, JJ.; Hagarty, J., taking no part. Settle order on notice.

JEANNE KOROWITZ, Appellant, v. IRVING KOROWITZ, Respondent.— Motion to dismiss appeal denied. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

NICHOLAUS LORENZEN, Respondent, v. NEW YORK DOCK RAILWAY COMPANY, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young and Lazansky, JJ.; Hagarty, J., taking no part.

GRETA MARKS, Respondent, v. BENJAMIN HOROWITZ and JOSEPH HOROWITZ, Appellants.— Motion to dismiss appeal granted. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

MARGARET MORAN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Manning, Young, Lazansky and Hagarty, JJ.; Kelly, P. J., taking no part.

MARY MURPHY, an Infant, by JAMES MURPHY, Her Guardian ad Litem, Respondent, v. WILLIAM M. MILLS, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

ROSE M. PALMER and LILLIAN PALMER, Appellants, v. ROTARY REALTY Co., INC., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

WALTER PIERSON, Appellant, v. RELLSTAB BROTHERS, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. FURRER, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. INVINCIBLE PAPER AND PULP CORPORATION, Appellant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.